HLD-006                                                      **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-2484
_____

IN RE: JAMES H. CAMPBELL,
                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. Civ. No. 3-16-cv-00524)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
July 12, 2018

Before: Chief Judge SMITH, CHAGARES, and BIBAS, Circuit Judges

(Opinion Filed: September 4, 2018)
_____

OPINION[*]
_____

PER CURIAM

        In July 2018, James H. Campbell filed this pro se mandamus petition requesting

that the District Court be compelled to rule on his 28 U.S.C. § 2241 petition.  When

Campbell filed this mandamus petition, his § 2241 petition had been pending for over

two years.  However, on August 21, 2018, the District Court entered an opinion and order

_____

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

denying Campbell's § 2241 petition. In light of the District Court's action, this mandamus petition no longer presents a live controversy. Therefore, we will dismiss it as moot. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot.").